## FOURTH DEPARTMENT, APRIL, 1927.

NICHOLAS BERGER, an Infant, by FRED BERGER, His Guardian ad Litem, Respondent, v. THE PEOPLE'S ICE COMPANY, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to appellant to abide event, upon the ground that the evidence of knowledge, either actual or constructive, is insufficient to warrant an inference of invitation, consent or permission by defendant to plaintiff to ride on the wagon; that as to defendant the plaintiff was neither an invitee nor a licensee. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ASTEL COAL COMPANY, Appellant, v. LAFAYETTE NATIONAL BANK, Respondent. (Action No. 1.) — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ASTEL COAL COMPANY, Appellant, v. LAFAYETTE NATIONAL BANK, Respondent. (Action No. 2.) — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

WALTER C. RABENSTEIN, Respondent, v. LESLIE H. MOREHOUSE and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of FRANK A. GUALTIERI for an Order of the Supreme Court to Review the Proceedings of JEREMIAH H. CARROLL, as Mayor of the City of Rome, N. Y., Removing Petitioner from the Office of Assessor of the City and Town of Rome, New York.— Petition and order of certiorari dismissed, with fifty dollars costs and disbursements to the respondent against petitioner. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MARTHA DOWNEY, Respondent, v. JACOB SUGARMAN, Doing Business under the Firm Name and Style of M. & S. PRODUCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

FRANCIS TREVOR, JR., Appellant, v. SUPREME COUNCIL OF THE ROYAL ARCANUM, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

WALTER DREJZA, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Judgment and order reversed on the law and a new trial granted, with costs to appellant to abide the event, upon the ground that the judge's charge on the question of paramount right of way was error and that such error was not cured by other portions of the charge. All concur, except Clark and Crouch, JJ., who dissent and vote for affirmance. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ALBERT W. DUNTON and Another, Respondents, v. ELVIN R. UNDERWOOD and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Crouch and Taylor, JJ., who dissent and vote for reversal on the law and facts. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

JOHN TANTILLO, an Infant, by FRANK TANTILLO, His Guardian ad Litem, Respondent, v. GOLDSTEIN BROTHERS AMUSEMENT COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Crouch, J., who dissents on the law and votes for reversal. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.